

**IKARD GOLDEN JONES PC**

ACCEPTED
03-13-00790-CV
5695578
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/16/2015 1:47:02 PM
JEFFREY D. KYLE
CLERK

June 16, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/16/2015 1:47:02 PM

JEFFREY D. KYLE
Clerk

*Via e-filing*
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

     Re:    Cause No. 03-13-00790-CV, Trial Court No. D-1-GN-07-002328; *T. Mark Anderson, as Co-Executor of the Estate of Ted M. Anderson, and Christine Anderson, as Co-Executor of the Estate of Ted M. Anderson v. Richard T. Archer, David R. Archer, Carol Archer Bugg, John V. Archer, Karen Archer Ball, and Sherri Archer,* In the Court of Appeals for the Third District of Texas at Austin, Texas

Dear Clerk:

Please be advised that Laurie Ratliff will be out of the office starting August 3 through August 14, 2015. We would appreciate your consideration in not setting oral argument during this time period. Thank you for your assistance in this matter.

          Very truly yours,

          Laurie Ratliff

LR/tm

CC:    Clients
       Gerald McFarlen, *via e-mail*

T:\ARCHER 3 2007 TORTIOUS INTERFERENCE\APPEAL\CORRESPONDENCE\2015-06-16 LR Vacation ltr.doc